IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 16-0570 |
| VERSA CARDIO, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 22nd day of February, 2017, after a telephone conference with counsel for all parties, it is hereby **ORDERED** as follows:

1. A telephone case status conference is scheduled for Thursday, August 31, 2017, at 11:00 a.m., with the Honorable Jeffrey L. Schmehl.  Counsel for the Plaintiff shall initiate the telephone conference call and when all counsel are on the line, call Chambers at 610-320-5099.

2. The Clerk shall transfer this case from the active docket to the civil suspense docket for a period of six months and treat the matter as closed for statistical purposes.

                                                              **BY THE COURT:**

                                                              **/s/ Jeffrey L. Schmehl**
                                                              Jeffrey L. Schmehl, J.