IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C., <br><br> Plaintiff, <br><br> v. <br><br> VERSA CARDIO, LLC, <br><br> Defendant. | CIVIL ACTION <br> NO. 16-0570 |

### ORDER

**AND NOW**, this 1st day of June, 2017, it is hereby **ORDERED** that the telephone case status conference previously scheduled for August 31, 2017 is rescheduled to **Monday, August 28, 2017 at 3:30 p.m.**, with the Honorable Jeffrey L. Schmehl. Counsel for the Plaintiff shall initiate the telephone conference call and when all counsel are on the line, call Chambers at 610-320-5099.

                                                                **BY THE COURT:**

                                                                 **/s/ Jeffrey L. Schmehl**
                                                                 Jeffrey L. Schmehl, J.